1:11CV50-B-D

US District Court, Northern District of MS. Eastern Division
Complaint (This is about money, power, & control Like 1936 Germany
For Last 3 years David V. Konersmann at 10155 Hwy 9 North, Belden,
MS, my business & my two children David & Elizabeth Konersmann

1. Have been stopped 200 times in 7 counties without cause
2. Had over 5,000 alerts reported & found nothing
3. 64 road blocks around my routes,
4. An average of 5 officers daily follow me around
5. Over 25 times held on the side of road for hours threatening too put me in jail & hold me their for years without ever seeing a judge,
6. Been told not to come back to their for county or they will arrest me & make sure harassed
7. Threaten to kill or I would see harm in Jail
8. Used over 100 former convicts, prositiutes, undercover police in sting operations trying to create a crime.
9. Congressman Childress confirmed they have been rerouting my mail so no customers, checks or business sales are received
10. They have sent out hundreds of Amber alerts advising people potential Jeffery Dommers or could be dangerous to children. ( My daughter Eliz was raped at 11 & I have never done anything or convicted of anything
11. In 3 years of cell phone use no one has called be back & local newspaper ad's for sales Incoming Customer calls are told any story that get them to stop buying from me or no service.
12. Customers are told too right bad checks, he likes women too much or anything else that drive them away.
13. They have indirectly & directly caused 17 sets of brakes to fail with acid, water in the engine that destroyed 4 vehicles, told retailers to harass me in all forms, allowed my house & business address to be broken in and robbed every two days without fail.
14. Attempted to me murdered by poisoning snake bites, carbon monoxide, faulty brakes, anger customers freeze to death in 8 degrees while watching from their cars
15. They have attempted to have me committed with each time spending 29 minutes a VA head of psychiatry & 16 minutes with head of psychiatry Tupelo hospital.
16. This all about me critizing police about a debtors & childhood prison, illegal searches & seizures which is protected by US Law

Plaintiff David V. Konersmann 10155 Hwy 9 N. Belden, MS 38826

FILED FEB 17 2011 BY DAVID CREWS, CLERK Deputy

**Defendants: Monroe county sheriff & deputies's
Lee county sheriff & deputies
Pontotoc County Sheriff & Deputies
Clay County Sheriff & deputies
Prentiss County Sherriff & Deputies
Guntown police department
Baldwin police department
Sherman police department
Pontotoc police department
Individuals
Cynthia Walters, Konersmann, Steve Watahoa,
Ronald & Patty Konersmann
Judy Craig, Greg Morris & exwife**

**The bottom line is have they already amended the US & constitution & the civil rights of the individual as many police officers have instructed me. As history has pointed out so well like MLK, JFK or Jesus that powerful people will destroy the messenger. I am old Vietnam veteran who regrets deeply serving his country. I am asking you to do something no other person has done give me a chance to stand in front of 11 jurors & ask them to believe me or the voices of cowards who take away our freedoms daily to support their greed. I know I ask much of you & I am only one man in storm of profession liars.**

**My honesty is such that I have personally challenged all my defendants to take like detector tests & truth sermon like I have.**